UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN BRIENZA,
*Plaintiff*

—v.—

LIBERTY MUTUAL INSURANCE COMPANY,
*Defendant*

**NOTICE OF DISCONTINUANCE WITHOUT PREJUDICE**

Docket No. 1:26-cv-07320

**PLEASE TAKE NOTICE** that The Irwin Law Firm, PLLC, counsel for Plaintiff, hereby discontinues this action as against the Defendant filed in the July 27, 2026 Complaint, without prejudice; each party to bear its costs, fees, and disbursement incurred in this action.

Dated: October 1, 2026
Mineola, NY

**THE IRWIN LAW FIRM, P.L.L.C.**

By: Ethan D. Irwin, Esq.
305 Broadway, Suite 717
New York, NY 10007
(212) 203-4529
ethan@ethanirwinlaw.com
*Attorneys for Plaintiff*

So ordered.
The Clerk of Court is directed to close the case.
Dated: October 6, 2026

J. PAUL OETKEN
United States District Judge